# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                                                    Fax: (718) 855-4696

June 9, 2021

Angela D. Caesar
Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:    *Force, et al. v. Republic of Sudan*
              Docket no. 1:20-cv-03007

Dear Ms. Caesar:

      We represent the plaintiffs in the above-captioned matter. I write to request that the U.S. Department of State effect service of process pursuant to 28 U.S.C. § 1608(a)(4) on defendant The Republic Sudan ("Sudan"), which is a "foreign state" for the purposes of 28 U.S.C. § 1608(a)(4).

      The Court does not mail these documents via regular mail pursuant to 28 U.S.C. § 1608(a)(3). Because service thus could not be effected by mail under 28 U.S.C. § 1608(a)(3), I now request that the Clerk dispatch the alternative means of service provided for under 28 U.S.C. § 1608(a)(4), which applies when service cannot be made under § 1608(a)(3).

      Accordingly, please find enclosed a copy of the ECF Notice of Electronic Filing of this letter and a set of documents collated and ready for service to be served on the defendant Sudan. The set of documents contains:

1) Two copies of the summons in this action addressed to the Republic of Sudan.
2) Two copies of the Amended Complaint in this action.
3) Two copies of the Notice of Suit.
4) Two copies of the Standing Order in Civil Cases.
5) Two copies of the FSIA.
6) A check in the amount of $2,275 payable to the Department of State for the service fee for Sudan.

      Please take the necessary steps to dispatch these materials and cover letter to the Director, Special Consular Services, U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710, in the enclosed pre-addressed and pre-paid U.S. mail package (requesting return receipt) pursuant to 28 U.S.C. § 1608(a)(4).

      Once dispatched, kindly have the appropriate docket entry made.

      Thank you very much for your assistance in this matter and please do not hesitate to contact me, as necessary.

                                                  Respectfully yours,

                                                  Robert J. Tolchin

Enclosures