UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUART FORCE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> REPUBLIC OF SUDAN, <br> Ministry of Foreign Affairs <br> Republican People's Palace <br> Khartoum, Sudan <br><br> *Defendant*. | Case No. 20-cv-03027 (RDM) |

## THE REPUBLIC OF THE SUDAN'S
## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant the Republic of the Sudan, by and through undersigned counsel, hereby moves this Court for an order dismissing the First Amended Complaint in its entirety, with prejudice, pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, for lack of subject-matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted.  The grounds for this Motion are set forth in the accompanying Statement of Points and Authorities.

September 15, 2023

Respectfully submitted,

**WHITE & CASE**

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
Nicole Erb (D.C. Bar No. 466620)
Claire A. DeLelle (D.C. Bar No. 974945)
Celia A. McLaughlin (D.C. Bar No. 1007891)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:    + 1 202 626 3600
Facsimile:    + 1 202 639 9355
ccurran@whitecase.com
nerb@whitecase.com
cdelelle@whitecase.com
cmclaughlin@whitecase.com

*Counsel for the Republic of the Sudan*