IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

STUART FORCE, *et al.*,

                Plaintiffs,

-against-

REPUBLIC OF SUDAN,

                Defendants.

Docket No:
20-cv-3027(RDM)

------------------------------------------------------------------- X

**PLAINIFFS' MOTION TO INVITE THE UNITED STATES TO SUBMIT
A STATEMENT OF INTEREST AND TO ENLARGE PLAINTIFFS' TIME
TO OPPOSE DEFENDANT'S MOTION TO DISMISS UNTIL 30 DAYS
AFTER THE UNITED STATES SUBMITS ITS STATEMENT OF
INTEREST OR INDICATES IT DOES NOT INTEND TO SUBMIT ONE**

**INTRODUCTION**

    This is an action by victims of terrorism against the Republic of Sudan ("Sudan") under the Foreign Sovereign Immunities Act ("FSIA") state sponsors of terrorism exception, 28 U.S.C. § 1605A.

    Defendant Sudan has moved to dismiss on the grounds of a treaty between the United States and Sudan, Claims Settlement Agreement Between the Government of the Republic of the Sudan and the Government of the United States of America, Oct. 30, 2020, T.I.A.S. No. 21-209 (entered into force Feb. 9, 2021) ("Claims Settlement Agreement"); listed in Treaties in Force 2021-2023 Supplement at 66, U.S. Dep't of State (Jan. 1, 2023), https://www.state.gov/wp-content/uploads/2023/06/TIF-Supplement-Report-2023.pdf. Sudan's position is that this treaty "'settles the claims of the United States of America and, through espousal, those of U.S. nationals'" and "'bars and precludes all U.S. national and foreign national suits and actions…and future suits and actions in

-2-

the courts.'" (Def. Motion, Dkt. 15-1, pp. 1-2), quoting Claims Settlement Agreement arts. II & III.

It is apparent that adjudication of Defendant's motion directly involves the views of the United States as to the import of the treaty invoked and how it should be applied to this case, and that therefore it is appropriate to seek the input of the United States. Plaintiffs believe the most efficient path forward is for the Court to issue an order inviting the United States to submit a statement of interest so that the views of the United States regarding this case can be clarified.

Accordingly, Plaintiffs respectfully request that such an order issue, and that the order further provide that Plaintiffs' time to oppose Defendant's motion to dismiss is enlarged until 30 days after the United States either submits a statement of interest or informs the Court that it does not intend to accept the invitation to do so.

Before making this motion Plaintiffs conferred with counsel for Defendant Sudan, who informed me that "You may represent to the court that Sudan does not oppose Plaintiffs' request for the court to issue an order inviting the U.S. Government to intervene or submit a statement of interest, and to adjourn Plaintiffs' time to respond to Sudan's motion to dismiss until 30 days after the Government's submission."

Dated:   Brooklyn, New York
         September 23, 2023

-3-

        Respectfully submitted,

        THE BERKMAN LAW OFFICE, LLC
        *Attorneys for Plaintiffs*

by: _____
        Robert J. Tolchin

829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:    Brooklyn, New York
           September 23, 2023

                                                  Robert J. Tolchin