IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUART FORCE, *et al.*, <br><br>     *Plaintiffs*, <br><br> v. <br><br> REPUBLIC OF SUDAN, <br><br>     *Defendants*. | Case No. 20-cv-3027 (RDM) |

### NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

The United States of America requests that the Clerk of the Court enter the appearance of Hannah M. Solomon-Strauss on its behalf as counsel in this matter.

Dated: November 20, 2023

            Respectfully submitted,

            BRIAN M. BOYNTON
            Principal Deputy Assistant Attorney General

            ALEXANDER K. HAAS
            Director

            DIANE KELLEHER
            Assistant Branch Director

            */s/ Hannah M. Solomon-Strauss*
            HANNAH M. SOLOMON-STRAUSS
            (N.Y. Bar No. 5693890)
            Trial Attorney
            U.S. Department of Justice
            Civil Division, Federal Programs Branch
            1100 L Street, N.W.
            Washington, D.C. 20005
            Telephone: (202) 616-8198
            E-mail: hannah.m.solomon-strauss@usdoj.gov

            *Counsel for the United States*