IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUART FORCE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>REPUBLIC OF SUDAN,<br><br>    *Defendants*. | Case No. 20-cv-3027 (RDM) |

## NOTICE OF POTENTIAL PARTICIPATION

The United States, by and through undersigned counsel, respectfully submits this Notice of Potential Participation regarding the above-captioned lawsuit. On September 28, 2023, the Court set a November 15, 2023, deadline for the United States to file a status report informing this Court of whether the United States intends to file a statement of interest, whether it will decline to file a statement of interest, or whether it requires additional time to determine how best to proceed. *See* ECF No. 17 (Order). As directed by this Court, Plaintiff's counsel promptly notified the United States of this Court's order.

Unfortunately, while Plaintiff's counsel provided notice, that notice was not properly routed through the appropriate case assignment system and, as a result, this matter was not assigned to an attorney for handling. On November 17, an email from Defendant's counsel alerted Federal Programs Branch attorneys to the fact that this matter had not been docketed or assigned within the Branch. On receipt of this email, this matter was immediately assigned. The United States regrets the oversight resulting in this matter's not being assigned and, therefore, not filing a status report on November 15.

1

The United States greatly appreciates the Court's invitation and has begun its internal authorization process to determine whether to file a Statement of Interest. As this Court is likely aware, this process can often take several weeks. The United States cannot confirm to this Court whether it will file a Statement of Interest until this necessary authorization process for participation is completed. The United States will endeavor to complete that process by December 15, 2023, and will file a status report or appropriate filing by that date. A proposed order is enclosed.

Dated: November 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Hannah M. Solomon-Strauss*
HANNAH M. SOLOMON-STRAUSS
(N.Y. Bar No. 5693890)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8198
E-mail: hannah.m.solomon-strauss@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUART FORCE, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>REPUBLIC OF SUDAN,<br><br>      *Defendants*. | Case No. 20-cv-3027 (RDM) |

**[PROPOSED] ORDER**

As set forth in this Court's Order of September 28, 2023, *see* Dkt. 17, the United States is **INVITED** to file a statement of interest setting forth its position regarding the motion to dismiss filed by Defendant. The Court is in receipt of the United States's Notice of Potential Participation.

To facilitate the orderly resolution of this matter, the Court requests that the United States file a status report on or before **December 15, 2023**, indicating (1) whether and when it proposes to file such a statement; (2) whether it declines this invitation; or (3) whether it requires additional time to decide how best to proceed.

It is further **ORDERED** that Plaintiffs shall file their opposition to Defendant's motion to dismiss, Dkt. 15, on or before 30 days after the United States submits its statement of interest or statement that it does not intend to submit a statement of interest.

**SO ORDERED.**

Dated: _____
                                                              RANDOLPH D. MOSS
                                                              United States District Judge