UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STUART FORCE, *et al.*,

       *Plaintiffs*,

v.

REPUBLIC OF SUDAN,

       *Defendant*.

Case No. 20-cv-03027 (RDM)

## THE REPUBLIC OF THE SUDAN'S STATUS REPORT

  Defendant the Republic of the Sudan respectfully submits this status report in response to this Court's Minute Order dated April 15, 2024. Counsel for Sudan reached out to Plaintiffs' counsel by email on April 24, April 29, and April 30 to confer on the contents of the joint status report. In the final two communications, counsel for Sudan informed Plaintiffs' counsel that it would file a status report unilaterally if Plaintiffs' counsel did not respond. As of yet, Plaintiffs' counsel has not responded to any of these communications.

  On September 15, 2023, Sudan filed a motion to dismiss this action for lack of subject-matter jurisdiction, lack of personal jurisdiction, and for failure to state a claim. ECF No. 15. Further briefing on Sudan's motion was stayed to allow the United States an opportunity to weigh in on Sudan's motion, and to allow time for the U.S. Court of Appeals for the District of Columbia Circuit to decide motions for summary affirmance filed by Sudan and the United States in a substantially similar case, *Steinberg v. Republic of Sudan*, No. 23-5087 (D.C. Cir.). *See* ECF No. 17; Minute Order (Jan. 11, 2024).

On December 14, 2023, the United States filed a notice of potential participation in this action, explaining that its participation would be determined by the issues ultimately raised by parties and requesting the opportunity to file a further notice following the completion of the parties' briefing on Sudan's motion to dismiss.  ECF No. 22.  The United States also reiterated its position that "the [Sudan Claims Resolution Act] and the [Claims Settlement Agreement] did remove claims such as those raised in this case from federal court jurisdiction."  *Id.*

On February 21, 2024, the D.C. Circuit in *Steinberg* granted the motions for summary affirmance and held that the "district court correctly concluded that it lacked subject matter jurisdiction over the appellants' amended complaint against Sudan."  Order, *Steinberg*, No. 23-5087, 2024 WL 718722 (D.C. Cir. Feb. 21, 2024) (per curiam).

On April 15, 2024, this Court ordered the parties to submit a joint status report addressing "proposed next steps in this litigation."  In the absence of Plaintiffs' input, Sudan respectfully submits this status report unilaterally.

In light of the D.C. Circuit's summary affirmance in *Steinberg* and the Supreme Court's recent denial of certiorari in *Mark v. Republic of Sudan*, this Court should direct Plaintiffs to inform the Court within a reasonable time whether they intend to pursue this action against Sudan any further.  As explained in Sudan's motion, the D.C. Circuit held in *Mark* that the Sudan Claims Resolution Act and the Secretary of State's Certification thereunder preclude this Court from asserting subject-matter jurisdiction in actions, like this one, brought against Sudan under the exception to sovereign immunity in 28 U.S.C. § 1605A(a).  *Mark v. Republic of the Sudan*, 77 F.4th 892, 899 (D.C. Cir. 2023), *cert. denied* 2024 WL 1839103 (Apr. 29, 2024).  The D.C. Circuit in *Steinberg* reached the same conclusion in granting the motions for summary affirmance.

If Plaintiffs intend to pursue this action against Sudan, despite these controlling decisions, Sudan proposes that briefing resume on its motion to dismiss according to the following schedule:

- May 30, 2024 – Plaintiffs' Opposition to Sudan's Motion to Dismiss
- June 13, 2024 – Sudan's Reply Memorandum in support of its Motion to Dismiss

If Plaintiffs fail to file an opposition to Sudan's motion to dismiss by May 30, Sudan respectfully requests that this action be dismissed with prejudice.

April 30, 2024

Respectfully submitted,

**WHITE & CASE**

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
Nicole Erb (D.C. Bar No. 466620)
Claire A. DeLelle (D.C. Bar No. 974945)
Celia A. McLaughlin (D.C. Bar No. 1007891)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:     + 1 202 626 3600
Facsimile:     + 1 202 639 9355
ccurran@whitecase.com
nerb@whitecase.com
cdelelle@whitecase.com
cmclaughlin@whitecase.com

*Counsel for the Republic of the Sudan*