IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

STUART FORCE, *et al.*,

                Plaintiffs,

    -against-

REPUBLIC OF SUDAN,

                Defendants.

------------------------------------------------------------------- X

Docket No:
20-cv-3027(RDM)

## **PLAINTIFFS' STATUS REPORT**

Plaintiffs respectfully file this status report pursuant to this Court's April 15 order and in response to Defendant's unilateral status report submitted earlier today.[1]

The *Steinberg* case was decided by the DC Circuit on February 21, 2024. It is still not known whether the Plaintiffs-Appellants in that case will file a petition for a writ of certiorari. The deadline for such a petition would be 90 days from February 21, which works out to May 21, 2024. In the event that a petition is filed, Plaintiffs respectfully submit this case should remain stayed until after the final disposition of that petition by the Supreme Court.

In the event the *Steinberg* case reaches finality, Plaintiffs intend to brief the issues in this case to preserve the issues, and seek our own writ of certiorari.

---

[1] Defendants begin their status report by tattling that Plaintiff's counsel did not respond to their emails. They apparently did not realize that I was away for the Passover holiday and that each of their emails was actually sent on a religious holiday when I am not permitted to check or respond to emails (the holy days, not the intermediate days). Had they called, the voicemail system in my office would have informed them that the office was closed.

Plaintiffs also intend to sue the United States under a Takings Clause theory for its practice of taking individuals' claims under the pretext of espousement (a concept originally intended to enable the Government to actually pursue the individuals' claims against a foreign government) and then summarily releasing those claims with no compensation to the individuals. It is possible that this Takings Clause claim could prompt the Government to change its position. Plaintiffs would ask that the Court keep this case stayed until the Government's position after the filing of the Takings Cause claim is clarified.

Dated:   Brooklyn, New York
        April 30, 2024

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

by: _____
Robert J. Tolchin

829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:    Brooklyn, New York
            April 30, 2024

                                                Robert J. Tolchin