UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUART FORCE, *et al.*, <br><br>                             *Plaintiffs*, <br><br>    v. <br><br> REPUBLIC OF SUDAN, <br><br>                             *Defendant*. | Case No. 20-cv-03027 (RDM) |

**STATUS REPORT**

Sudan respectfully submits this status report in response to this Court's Minute Order dated May 1, 2024.

On September 15, 2023, Sudan filed a motion to dismiss this action for lack of subject-matter jurisdiction, lack of personal jurisdiction, and for failure to state a claim. ECF No. 15. Further briefing on Sudan's motion was stayed to allow the United States an opportunity to weigh in on Sudan's motion, and to allow time for the U.S. Court of Appeals for the District of Columbia Circuit to decide motions for summary affirmance filed by Sudan and the United States in *Steinberg v. Republic of Sudan*, No. 23-5087 (D.C. Cir.). *See* ECF No. 17 (Sept. 28, 2023); Minute Order (Jan. 11, 2024).

On December 14, 2023, the United States filed a notice of potential participation in this action, explaining that its participation would be determined by the issues ultimately raised by the parties in their briefing and requesting the opportunity to file a further notice following the completion of the parties' briefing on Sudan's motion to dismiss. ECF No. 22.

On February 21, 2024, the D.C. Circuit in *Steinberg* granted the motions for summary affirmance. Order, *Steinberg*, No. 23-5087, 2024 WL 718722 (D.C. Cir. Feb. 21, 2024) (per

curiam).

On April 15, 2024, this Court ordered the parties to submit a status report on April 30, 2024, and the parties did so. *See* ECF Nos. 24, 25. On May 1, 2024, this Court ordered the parties to file a joint status report "on or before May 24, 2024, advising the Court of the parties' proposed next steps in this litigation."

In accordance with that order, counsel for Sudan contacted counsel for Plaintiffs on May 22, 2024 to initiate a meet-and-confer discussion on next steps, noting that a petition for a writ of certiorari had not appeared to have been filed in *Steinberg*. As a result of the ensuing discussion, the parties agreed that briefing should resume on Sudan's motion to dismiss according to the following schedule:

- July 19, 2024 – Plaintiffs' Opposition to Sudan's Motion to Dismiss
- August 2, 2024 – Sudan's Reply Memorandum in Support of its Motion to Dismiss

May 24, 2024

Respectfully submitted,

**WHITE & CASE**

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
Nicole Erb (D.C. Bar No. 466620)
Claire A. DeLelle (D.C. Bar No. 974945)
Celia A. McLaughlin (D.C. Bar No. 1007891)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:   + 1 202 626 3600
Facsimile:   + 1 202 639 9355
ccurran@whitecase.com
nerb@whitecase.com
cdelelle@whitecase.com
cmclaughlin@whitecase.com

*Counsel for the Republic of the Sudan*